Dillon
District Judge
Assign. by Clerk's Ofc.

Hoppe
Mag. Referral Judge
Assign. by Clerk's Ofc.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 21 2022

JULIA C. DUDLEY, CLERK
BY: ABeeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Plaintiff full name _____

Inmate No. _____

v.

CIVIL ACTION NO. **7:22CV27**
(Assigned by Clerk's Office)

Defendant(s) full name(s) _____

*******************************************************************************
*The mailing address you provide at A: "**where are you now?**" is where the court will send mail to you*

A. **Where are you now?** Facility and Mailing Address _Culpeper Jail 131 W Cameron St Culpeper VA 22701_

B. Where did this action take place? _Culpeper VA_

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes     ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

____ Yes     ✓ No

1. If your answer is Yes, indicate the result: _____

2. If your answer is No, indicate why: _Because they won't give grievances out Ive tryed sevrel times to_

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Culpeper Jail

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

Culpeper Sheriffs office

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Money

G. If this case goes to trial do you request a trial by jury?   Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 1-18-22     SIGNATURE: Daniel Conley

VERIFICATION:
I, Daniel Conley, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief; and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 1-18-22     SIGNATURE: Daniel Conley

Hello my name is Daniel Ray Conley Im incarserated in culpeper County Jail in VA Im writing about claim 1 Claim 2. Culpeper Sheriffs office for Police Abuse of Force. and a Negligence Claim against the culpeper County. I was arrested on Jan, 28, 2021 when the culpeper Sheriffs broke my left middle finger while arresting me I was transported to culpeper hospital and then brought to Jail Feb all most at the end of the month I had sergery the first day I was supposed to go the deputies feed me breakfast later they came and told me its time to go I ask where the deputy said surgery I told him I ate he said hold on he'd be back he came back and said that it was resheuld the next time they feed me breakfast and the deputy came and said lets go I said I can't go because I ate again he said who told you to eat I said who told me not to eat so they took me down stairs and they called the hospital I had surgery about 4 or 5 oclock that day two weeks later March 16 the deputies came to me because the first surgery wasn't good I had to get another one I told them I didn't want the same doctor to do the surgery he didn't know what he was doing they cam to me and tryed to get me to sign a refusual form and the deputy said if I didn't go to the doctor again that I had to sign the paper so I went back to the doctor again

I wanted a second apintion but I was bullyed in to going the second time I was being housed in medical some of the time while I was in medical one morning one of the deputies sprayed lysol under the door in my face where I was sleeping they maid me sleep in the floor here all the way up past May So in April 27 2021 I was sent to Rappahannock Regoinal Jail May 1st I went to medical and was put on andibiotics May 2nd I was sent to Stafford Mary Washington Hospital May 3rd there were cat scan, and a MRI May 4th they cut my finger off Due to infection I tryed having a lawyer help me Reed Law Firm but they said they didn't want to help but they have a lot of stuff for this There words was that it wasn't a reflection on the Merits of My case so thats why Im writing Ive lost my finger and its going to effect me for ever    Thank You

Daniel Conley

Ive sent the paper of trust out with a request form and haven't gotten a respones yet but Im runing out of time so I Just sent this part if and when I get the Trust Paper Ill mail it

*This is the Request Form* 

# Culpeper County Sheriff's Office
## Scott H. Jenkins, Sheriff

**INMATE REQUEST**

Inmate Name: _____ Cell: _____ Date: _____

Please Check Subject:

| _____ Law Library | _____ Education |
| _____ Library | _____ Counseling |
| _____ Housing | _____ Religious |
| _____ Medical | _____ Other |

**\*\*WE DO NOT ACCEPT TRUSTEE REQUEST\*\***

**\*\*REQUEST TO NOT BE TRANSFERRED WILL NOT BE HONORED\*\***

MEDICAL CO-PAYMENT PROGRAM

The following medical services will be provided free of charge:
1. Initial booking medical screening
2. Over-the-counter medication
3. Follow-up visits requested by Jail Medic

The following medical services will require a co-payment:
1. Sick Call — $10.00
2. Doctor Visit — $25.00
3. Prescription Handling Fee — $10.00
4. Specialist — $35.00

No inmate will be charged if taken to the Medical Department at the request of the Medic or a staff member. Inmates shall be responsible for any and all emergency and medical services rendered by external medical / mental facilities, IE: hospital, dental, lab work, x-rays, etc., except those rendered by the Jail physician or dentist for which the $35.00 co-payment would apply, in the event that the charge for services is less than the $25.00 co-payment, the inmate will only be responsible for the amount charged. Inmates are responsible for any and all bills related to chronic care or pre-existing medical, mental or dental condition, except those rendered by the Jail physician or dentist for which the $25.00 co-payment would apply.

Write your request in detail below:

*So if they don't like what you write you don't get it Back so you have no proff you seNt it in*

Staff Response: _____ Date: _____

Daniel Conley
131 W Cameron St
Culpeper VA 22701



NOVA 220
19 JAN 2022  PM 4
FOREVER USA
Barn Swallow

UNITED STATES DISTRICT Court
210 FRANKLIN RD RM 540
ROANOKE VA 24011

24011-220999